# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO. 3:08cr131/LAC**

**MARK STEVEN HALL**
_____/

## MOTION TO DISMISS INDICTMENT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss the Indictment in this case filed on December 16, 2008.

    Respectfully submitted,
THOMAS F. KIRWIN
United States Attorney

*/s/ Stephen P. Preisser*
STEPHEN P. PREISSER
Assistant U. S. Attorney
FL Bar No. 303712
21 East Garden Street
Pensacola, FL 32502

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this motion has been furnished via CM-ECF electronic filing to Eugene Keith Polk, counsel for the defendant, on this the 17th day of March, 2009.

*/s/ Stephen P. Preisser*
STEPHEN P. PREISSER
Assistant United States Attorney