# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                       CASE NO.  3:08cr131LAC

MARK STEVEN HALL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    March 17, 2009
Motion/Pleadings: MOTION TO DISMISS INDICTMENT
Filed by  GOVERNMENT      on 3/17/09      Doc.# 20

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 17th day of March, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

s/*L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.